IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO CAR CARE INC., ) | | |
| on behalf of plaintiff and ) | | |
| the class members defined herein, ) | | |
| ) | | |
| Plaintiff, ) | 19 C 7687 | |
| ) | | |
| v. ) | | |
| ) | Magistrate Judge Harjani | |
| A.R.R. ENTERPRISES, INC., ) | | |
| and JOHN DOES 1-10, ) | | |
| ) | | |
| Defendants. ) | | |

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME
TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**

Plaintiff Chicago Car Care Inc. respectfully requests pursuant to Fed. R. Civ. P. 6(b) an extension of time from December 16, 2021 through and including December 22, 2021, to file the motion for preliminary approval of the class settlement. In support thereof, plaintiff states:

1. On or about October 22, 2021, the Parties reached an agreement to resolve this matter on a class basis, subject to Court approval, following a settlement conference with this Court.

2. The Court ordered the parties to file the motion for preliminary approval of the class settlement on December 16, 2021. (*Dkt. No. 63*)

3. As of the date of this motion, the settlement agreement and supporting documents are not yet finalized. The Parties have exchanged drafts of the settlement documents, and have communicated by phone to resolve any differences. The parties continue to work together in good faith to finalize the settlement documents.

1

4. Plaintiff respectfully requests a brief extension of time from December 16, 2021 through and including December 22, 2021, to finalize the settlement documents and to file the motion for preliminary approval.

5. This motion is not filed for purposes of delay. This is Plaintiff's first request to extend this deadline.

6. Plaintiff's counsel has met and conferred with counsel for Defendant in advance of filing this motion and Defendant does not oppose the relief sought herein.

WHEREFORE, Plaintiff Chicago Car Care Inc. respectfully requests that this Court grant an extension of time from December 16, 2021 through and including December 22, 2021, to file the motion for preliminary approval of the class settlement.

Respectfully submitted,

*s/ Heather Kolbus*
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200

**CERTIFICATE OF SERVICE**

      I, Heather Kolbus, hereby certify that on December 14, 2021, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF system, which caused notification to be sent via email to the following parties:

      Esteban Morales – emorales@mintz.com
      Matthew Joseph Novian – mjnovian@mintz.com
      Mintz Levin Cohn Ferris Glovsky and Popeo, PC
      2029 Century Park East, Suite 3100
      Los Angeles, CA 90017

      Stephen W. Heil – swh@crayhuber.com
      Zachary Gordon Shook – zgs@crayhuber.com
      Cray Huber Horstman Heil & VanAusdal LLC
      303 West Madison Street, Suite 2200
      Chicago, IL 60606

                                              *s/ Heather Kolbus*
                                              Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)