**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Chicago Car Care Inc.

Plaintiff,

v.                                                                    Case No.: 1:19−cv−07687
                                                                      Honorable Sunil R. Harjani

A.R.R. Enterprises, Inc., et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 28, 2022:

         MINUTE entry before the Honorable Sunil R. Harjani: Final approval hearing
held. For the reasons stated on the record, and without objection, Plaintiff's Petition for
Attorney Fees [80] and Memorandum in Support of Final Approval of Class Action
Settlement Agreement [85] are granted. Counsel shall submit a revised Order Granting
Preliminary Settlement Approval and Final Approval Order to the Court's proposed order
box: Proposed_Order_Harjani@ilnd.uscourts.gov. A hearing on the final accounting of
the settlement and for entry of a dismissal order is set for 5/16/2023 at 9:30 a.m. by
telephone. By 1/25/2023, parties shall file a joint status report with an update on the final
accounting of the settlement and dismissal order. Status hearing set for 1/30/2023 at 9:15
a.m. by telephone. Members of the public and media will be able to call in to listen to this
hearing but will be placed on mute. The call−in number is (888) 684−8852 and the access
code is 7354516. Persons granted remote access to proceedings are reminded of the
general prohibition against photographing, recording, and rebroadcasting of court
proceedings. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.